IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:16−cv−02770−RLY−TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

Civil Case #1:17-cv-7

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   James Williams

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Not Applicable

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Not Applicable

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Florida

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

    Florida

6. Plaintiff's/Deceased Party's current state of residence:

    Florida

7. District Court and Division in which venue would be proper absent direct filing:

    United States District Court, Middle District of Florida, Jacksonville Division.

8. Defendants (Check Defendants against whom Complaint is made):

    ☑ Cook Incorporated

    ☑ Cook Medical LLC

    ☑ William Cook Europe ApS

9. Basis of Jurisdiction:

    ☑ Diversity of Citizenship

    ☐ Other: _____

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

        Paragraphs in the master Complaint upon which venue and jurisdiction lie include 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 23, 24, 25, 26, 27, and 28.

    b. Other allegations of jurisdiction and venue:

        _____

        _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):
    - ☑ Günther Tulip® Vena Cava Filter
    - ☐ Cook Celect® Vena Cava Filter
    - ☐ 
      Gunther Tulip Mreye
      Cook Celect Platinum

      Other:
      _____

11. Date of Implantation as to each product:

    January 25, 2016

12. Hospital(s) where Plaintiff was implanted (including City and State):

    The Vascular and Vein Center at Gulfcoast Surgeons, Fort Meyers, Florida

13. Implanting Physician(s):

    Dr. Abraham Sadighi

14. Counts in the Master Complaint brought by Plaintiff(s):
    - ☑ Count I: Strict Products Liability – Failure to Warn
    - ☑ Count II: Strict Products Liability – Design Defect
    - ☑ Count III: Negligence
    - ☑ Count IV: Negligence Per Se
    - ☑ Count V: Breach of Express Warranty
    - ☑ Count VI: Breach of Implied Warranty
    - ☑ Count VII: Violations of Applicable Florida (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

3

☐ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☑ Count XI: Punitive Damages

☐
Other: _____ (please state the facts supporting this Count in the space, immediately below)

15. Attorney for Plaintiff(s):

Craig Rosenbaum, Esq.

16. Address and bar information for Attorney for Plaintiff(s):

100 Wall Street, New York, New York, 10005, New York State Bar, Registration # 2761997

        Respectfully submitted,
        */s/ Craig Rosenbaum*
        Craig D. Rosenbaum
        **ROSENBAUM & ROSENBAUM, P.C.**
        100 Wall St., 15th Floor
        New York, New York
        Telephone: (212) 514.5007
        Facsimile: (212) 212.9178
        cr@rosenabumnylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 4th, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Craig Rosenbaum*